UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALIAN SUNSMILE OUTDOOR CO., LTD., *et al.*,<br><br>                 Plaintiffs,<br><br>              v.<br><br>WTN, INC., *et al.*,<br><br>                 Defendants. | Case No. 2:23-cv-07038-FLA (JPRx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF PROSECUTION** |

1

1  On January 23, 2025, the court denied Plaintiffs Dalian Sunsmile Outdoor Co., Ltd., Dalian Fine Products Ltd., Zhejiang Sunsmile Outdoor Products Co., Ltd., and Dalian Binyu International Trade Co., Ltd.'s (collectively "Plaintiffs") *Ex Parte* Application for Court Order Authorizing Service of Summons and Complaint on Defendant WTN, Inc. by Hand Delivery to the California Secretary of State. Dkt. 82. On March 14, 2025, Plaintiffs filed a Declaration of Due Diligence, stating they attempted to serve Defendant WTN, Inc. by personal service on former Defendant Betty Tang, but were unsuccessful. Dkt. 83. Plaintiffs have not filed proof of service on or a renewed request to serve Defendant WTN, Inc. by alternative means.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within fourteen (14) days of this order why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Proof of service or a renewed request for alternative service shall constitute a sufficient response. Failure to respond timely may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: July 28, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge